1110

No. 96–7690. Swaney v. Chater, Commissioner of Social Security. C. A. 6th Cir. Certiorari denied. 

No. 96–7693. Sanchez v. United States. C. A. 11th Cir. Certiorari denied. 

No. 96–7698. Johnson v. United States. Ct. App. D. C. Certiorari denied.

No. 96–7700. McKinney v. United States. C. A. 7th Cir. Certiorari denied. 

No. 96–7705. Thomas v. United States. C. A. 8th Cir. Certiorari denied. 

No. 96–7706. Sandoval et al. v. United States. C. A. 9th Cir. Certiorari denied. 

No. 96–7710. Dempsey v. United States. C. A. 6th Cir. Certiorari denied. 

No. 96–7711. Greschner v. United States. C. A. 10th Cir. Certiorari denied. 

No. 96–7725. Matthews v. United States. C. A. 8th Cir. Certiorari denied.

No. 96–850. City of St. Petersburg v. Bowen, Trustee of the William A. Bowen Trust Agreement. Dist. Ct. App. Fla., 2d Dist. Motion of Florida League of Cities, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 96–860. Roe v. Kentucky Bar Assn. Sup. Ct. Ky. Motion of petitioner for leave to file redacted appendices to petition for writ of certiorari granted. Certiorari denied.

No. 96–1027. Michigan v. Fernengel. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 